**No. P66/116.**—Isaac B. Cohen & Sons Corp. *v.* United States, protest 64/18716 (New York).

OLIVER, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of *Canton Son, Inc.* v. *United States* (48 Cust. Ct. 398, Abstract 66652), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JUNE 21, 1966

**No. P66/117.**—William Shaland Corp. *v.* United States, protest 65/13834 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of miniature pocket-knives similar in all material respects to those the subject of *Paul E. Sernau, Inc.* v. *United States* (46 Cust. Ct. 514, Abstract 65737), the claim of the plaintiff was sustained.

**No. P66/118.**—Dessy Atco, Inc. *v.* United States, protests 60/284, etc. (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of wearing apparel, knit or crocheted (not including mittens, hose, half-hose, or underwear), similar in all material respects to those the subject of *Children's Hose, Inc.* v. *United States* (55 Cust. Ct. 6, C.D. 2547), the claim of the plaintiff was sustained.